**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2042

JENNIFER D. WILSON,

Plaintiff - Appellant,

v.

PNC BANK,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:21-cv-00005-MSD-LRL)

Submitted:  July 20, 2023                                 Decided:  July 24, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jennifer D. Wilson, Appellant Pro Se.   Eric J. Janson, SEYFARTH SHAW, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer D. Wilson appeals the district court's order dismissing her amended complaint, in which she alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wilson v. PNC Bank*, No. 2:21-cv-00005-MSD-LRL (E.D. Va. Sept. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*